

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-16-00142-CV

| | | |
|---|---|---|
| Felicia Galindez and Ismael Galindez Jr., Individually and as Representative of The Estate of Ismael Galindez III, a Deceased Minor | § § § § | From the 431st District Court of Denton County (15-06525-431) |
| v. | § | June 9, 2016 |
| Michelin North America, Inc. | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM